AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

**U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED OCT 16 2018
WILLIAM W. BLEVINS
CLERK**

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

Susan Lutz
_Plaintiff/Petitioner_

v.   Civil Action No. **18-9631 SECT. R MAG 4**

Honorable Sandra Wilson, PhD in her
_Defendant/Respondent_
official capacity as Registrar of Voters,
Orleans Parish, LA

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:


My gross pay or wages are: $ 1399.       , and my take-home pay or wages are: $ 1399      per
(*specify pay period*) month      .

3. *Other Income.* In the past 12 months, I have received income from the following sources (*check all that apply*):

(a) Business, profession, or other self-employment    ☑ Yes    ☐ No
(b) Rent payments, interest, or dividends              ☐ Yes    ☑ No
(c) Pension, annuity, or life insurance payments       ☐ Yes    ☑ No
(d) Disability, or worker's compensation payments      ☑ Yes    ☐ No
(e) Gifts, or inheritances                             ☐ Yes    ☑ No
(f) Any other sources                                  ☐ Yes    ☑ No

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

Grassroots Campaigns    $10.00/hr. variable    resigned May 2018

Appen International     $9.00/hr.              resigned February 2018

Enhanced Destiny Services   $11.00/hr.         resigned August 2017

TENDERED FOR FILING
OCT 16 2018
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

_x_ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

4. Amount of money that I have in cash or in a checking or savings account: $ 636.34 .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

N/A

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

Rent 250  Transportation 130
Phone 35  Internet 41
Food 450  Utilities 135
Probation 66  Other 100
            Total 1207

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

N/A

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

Student Loan 12,000  Navient
Credit Cards 5,000   Misc Capital One, Synchrony
Surgery 10,000       Sonobella
Auto Loan 22,000     Washington Federal Credit Union

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 10/15/18 ~~10/12/18~~ (SL)

Applicant's signature

SUSAN LUTZ
Printed name