UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SUSAN LUTZ | CIVIL ACTION |
| VERSUS | NUMBER: 18-9631 |
| HONORABLE SANDRA WILSON, PH.D., IN HER OFFICIAL CAPACITY AS REGISTRAR OF VOTERS, ORLEANS PARISH LOUISIANA | SECTION: "R" (4) |

### ORDER

Considering the application and affidavit to proceed in forma pauperis,

IT IS ORDERED that:

☐ the motion is GRANTED; the party is entitled to proceed in forma pauperis.

☐ the Clerk is directed to withhold issuance of summons until further order of the Court.

☐ the motion is MOOT; the party was previously granted pauper status.

☐ the motion is DENIED; the party has sufficient funds to pay the filing fee.

☐ the motion is DENIED as MOOT; the filing fee has already been paid.

☒ the motion is DENIED; the party is not entitled to proceed in forma pauperis for the listed reasons:
- Mover's application has conflicting responses indicating that she has a car loan but denying she has a car.

New Orleans, Louisiana this 7th day of November, 2018.

_____
CHIEF UNITED STATES MAGISTRATE JUDGE