UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED NOV 20 2018
WILLIAM W. BLEVINS
CLERK

| | |
|---|---|
| SUSAN LUTZ; <br> Plaintiff <br> <br> v. <br> <br> HONORABLE SANDRA WILSON, PH.D., <br> in her official capacity as <br> Registrar of Voters, Orleans <br> Parish Louisiana; <br> Defendant | Case No.: 18-9631 <br> <br> Division: <br> <br> Section: R <br> <br> Judge: <br> <br> Magistrate Judge: 4 |

## EX PARTE MOTION FOR RECUSAL

Plaintiff Susan Lutz asks that Magistrate Judge Karen Wells Roby recuse herself from this case.

In Document 7, Magistrate Judge Karen Wells Roby denied the Plaintiff's In Forma Pauperis for an invalid reason. She indicates that the motion is Denied, because

page 1 of 3

"Mover's application has conflicting responses indicating that she has a car loan but denying she has a car." Plaintiff feels it should be obvious in light of her other statements on her In Forma Pauperis that her car was repossessed, and that is why she has a loan but no car. Through experience with Document 3 in this case, Plaintiff has noted that it is standard procedure for a Judge to send a Notice of Deficient Filing should the Judge have questions regarding Plaintiff's claim that she cannot pay fees up front, and feels that Magistrate Judge Karen Wells Roby should have raised that question regarding Plaintiff's car loan in Document 3, but Magistrate Judge Karen Wells Roby did not do so.

Furthermore, Plaintiff Lutz did not receive Document 7, which is the Order that denies her IFP, in the mail despite the fact that she filed a "Notice of Correct Address" as Document 5 on 11/05/18 after she noted that an earlier mailing had a typo in the address.

Plaintiff Lutz feels that Magistrate Judge Karen Wells Roby is biased and is not conducting herself in a professional, nondiscriminatory, unbiased manner and would ask that she recuse herself from this case.

Dated: 11/20/18

Susan Lutz, Pro Se
1902 Wilton Drive
New Orleans, LA 70122
504-657-4097
suelutz@gmail.com