UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SUSAN LUTZ;<br>Plaintiff<br><br>V.<br><br>HONORABLE SANDRA WILSON, PH.D.,<br>In her official capacity as<br>Registrar of Voters, Orleans<br>Parish Louisiana;<br>Defendant | Case No.: 18-9631<br><br>Division:<br><br>Section: 4(SV) R<br><br>Judge:<br><br>Magistrate Judge: 4 |

## ORDER

Considering the Ex Parte Motion for Recusal, IT IS ORDERED that the Motion is GRANTED. New Orleans, Louisiana, this ____ day of _____, 2018.

_____
U.S. DISTRICT JUDGE/MAGISTRATE JUDGE

Dated: 11/20/18