UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SUSAN LUTZ                                                    CIVIL ACTION

VERSUS                                                        NO. 18-9631

SANDRA WILSON                                                 SECTION "R"(3)

### ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

Before the Court is plaintiff Susan Lutz's motion requesting that the Magistrate Judge recuse herself from this action.[1]

IT IS ORDERED that plaintiff's motion is hereby referred to Magistrate Judge Karen Wells Roby.

New Orleans, Louisiana, this 18th of December, 2018.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

**Clerk to Notify:**
**Magistrate Judge Roby**

---

1   R. Doc. 8.